IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT CALIFORNIA
Central District

IN RE:

Horton, Richard
Case number: 2:11-bk-45234-VZ

FILED
SEP 01 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

9820 and 9822 South Main St
Los Angeles CA 90003
Phone # 310 270-0467

Chapter : 13

# DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS AND SCHEDULES

The undersigned respectfully requests an extension of time to file Schedules A-J. The reason for extension is that I have filed the bankruptcy in pro per and need additional time to complete schedules.

**WHEREFORE**, the Debtor respectfully request that the Court enter an Order extending the time for Debtor to file its schedules through September 15, 2011 and such other and further relief as this Court deems just and proper.

Respectfully submitted,

*Richard Horton* (signature)

Richard Horton