

**FILED & ENTERED**

**SEP 14 2011**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In re:

Richard Horton,

                                   Debtor(s).

Case No: 2:11-bk-45234-VZ

Chapter: 13

**ORDER DENYING MOTION TO EXTEND TIME TO FILE SCHEDULES**

[No Hearing Required]

On September 1, 2011, the debtor filed the "Motion to Extend Time to File Case Opening Documents and Schedules" (the "Motion").  The debtor did not file evidence to support the Motion or demonstrate cause for an extension of time.  Based on the foregoing, IT IS ORDERED that the Motion is denied.

DATED: September 14, 2011

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

1)  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2)  The title of the judgment or order and all service information must be filled in by the party lodging the order.
3)  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING MOTION TO EXTEND TIME TO FILE SCHEDULES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"NEF"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *9/13/11*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Nancy K Curry (TR)     ecfnc@trustee13.com
- Mehrdaud Jafarnia    bknotice@mccarthyholthus.com
- Cassandra J Richey    cmartin@pprlaw.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor:**
Richard Horton
9820 and 9822 S Main St
Los Angeles, CA 90003

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page