NANCY CURRY, CHAPTER 13 TRUSTEE
606 SOUTH OLIVE STREET, SUITE 950
LOS ANGELES, CA  90014
(213) 689-3014 FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re: ) | CHAPTER 13 |
| ) | |
| HORTON, RICHARD ) | CASE NO. 2:11-bk-45234-VZ |
| ) | |
| ) | **NOTICE OF RESCHEDULED DATE FOR** |
| ) | **§341(a) MEETING OF CREDITORS** |
| ) | |
| ) | |
| ) | |
| ) | **New Date:** February 23, 2012 |
| ) | **Time:**      01:00 PM |
| ) | **Place:**     725 S. Figueroa Street |
| Debtor ) | Room 103 |
| ) | Los Angeles, CA  90017 |

   PLEASE TAKE NOTICE that the §341(a) meeting of creditors in this case has been **rescheduled** for **February 23, 2012 at 01:00 PM.  The location shall remain the same:  725 South Figueroa Street, Room 103, Los Angeles, CA  90017**.

DATED: October 3, 2011                                          /s/Nancy Curry

NTC Reset 341

**PROOF OF SERVICE OF DOCUMENT**

**In Re:  HORTON, RICHARD**
**Case No. LA 2:11-bk-45234-VZ**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

>   NANCY CURRY, CHAPTER 13 TRUSTEE
>   606 S. OLIVE STREET, SUITE 950
>   LOS ANGELES, CA  90014

The foregoing document described **as NOTICE OF RESCHEDULED DATE FOR §341(a) MEETING OF CREDITORS** will be served  or was served **(a)** on the judge in chambers in the form and manner required by  LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 3, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On October 3, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
HORTON, RICHARD
9820 & 9822 S. MAIN ST.
LOS ANGELES, CA 90003

Attorney for Debtor
IN PRO PER
,    -

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on October 3, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 3, 2011 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

NTC Reset 341

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:11-bk-45234-VZ<br>Central District Of California<br>Los Angeles<br>Mon Oct  3 08:51:35 PDT 2011 | BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| AMERICAN EXPRESS<br>PO BOX 0001<br>LOS ANGELPS CA 90096-8000 | ASSOCIATED RECOVERY SYSTEMS<br>PO BOX 1259<br>OAKS PA 19456-1259 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 |
| BANK OF AMERICA<br>ATTN: CORRESPONDENCE UNIT<br>PO BOX 5170<br>SIMI VALLEY CA 93062-5170 | BANK OF AMERICA<br>PO BOX 15721<br>WILMINGTON DE 19886-5721 | BANK OF AMERICA NA<br>BANKRUPTCY DEPARTMENT<br>MAIL STOP TX2-982-03-03<br>1105 CORPORATE DRIVE<br>PLANO TX  75024 |
| BANK OF MERICA<br>PO BOX 15726<br>WILMINGTON DI   19886-5726 | BANK OF RLMERICA<br>ATTN CORRESPONDENCE UNIT<br>PO BOX 5170<br>SIMI VA  11EY CA 93062-5170 | CHASE BANK ONE CARD<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CREDITORS FINANCIAL GROUP LLC<br>PO BOX 940290<br>AURORA CO  80044 | EQUIFAX CREDIT INFORMATION<br>BANKRUPTCY NOTIFICATION<br>PO BOX 740241<br>ATLANTA GA 30374-0241 | EXPERIAN<br>BANKRUPTCY NOTIFICATION<br>475 ANTON BLVD<br>COSTA MESA CA 92626-7037 |
| FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | FIA Card Services, NA as successor in intere<br>Bank of America NA and MBNA America Bank<br>PO Box 15102<br>Wilmington, DE  19886-5102 | MCM<br>DEPT  12421<br>PO BOX 603<br>OAKS PA 19456-0603 |
| NORTH SHORE AGENCY<br>4000 EAST FITH AVENUE<br>COLUMBUS OH  43219 | SPS SERVICING<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | TRANS UNION CREDIT BUREAU<br>BANKRUPTCY NOTIFICATION<br>PO BOX 2000<br>CHESTER PA 19016-2000 |
| United States Trustee (LA)<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017-5524 | WASHINGTON MUTUAL<br>PO BOX 201079<br>STOCKTON CA  95202 | WELTMAN WEINBERG REIS CO<br>323 W LAKESIDE AVE STE 200<br>CLEVELAND OH 44113-1099 |
| Nancy K Curry (TR)<br>606 South Olive Street, Suite 950<br>Los Angeles, CA 90014-1668 | Richard Horton<br>9820 and 9822 S Main St<br>Los Angeles, CA 90003 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26